YORK MORTGAGE COMPANY, Plaintiff, v. ALFRED B. CARLEIGH & Co., INC., and Others, Appellants, Impleaded with Others, Defendants, and GENNARO MILANESE, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ESTELLA CURE and RAYMOND CURE, Respondents, v. PATRICK McGOVERN, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of ALMA THORSTENSON, Respondent, v. ALLEN PETERSON, Appellant.— Order affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

120 FIFTH AVENUE CORPORATION, Respondent, v. THE J. L. MOTT IRON WORKS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MILL FACTORS CORPORATION, Respondent, v. ROYAL ROBES Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THOMAS L. LYONS and IRA D. ORTON, Plaintiffs, v. ELIZABETH WHITE WYLDE, Individually and as Executrix and Trustee, etc., of EDWARD WYLDE, Deceased, Appellant, and SAMUEL MAYO WYLDE and Others, Respondents, Impleaded with Others.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.; Merrell, J., dissents.

JOSEPH S. WEINBERGER, Respondent, v. DIXIE LEASEHOLD CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

McCREADY-PARKS, INC., Respondent, v. LYTTON G. AMENT, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MEYER FRIEDMAN, Respondent, v. ERIE RAILROAD COMPANY and Another, Defendants, Impleaded with UNITED STATES TRUCKING CORPORATION, Appellant. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DUOGRAPH, INC., Respondent, v. SENTRY SAFETY CONTROL CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH V. BENDIX, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.